# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2022-3558

———————————————

POLK COUNTY SCHOOL BOARD
and JOHNS EASTERN COMPANY,
INC.,

    Appellants,

    v.

ELLENN STRONG,

    Appellee.

———————————————

On appeal from the Office of the Judges of Compensation Claims.
Robert A. Arthur, Judge.

Date of Accident: September 12, 2018.

February 12, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, BILBREY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Lauren Maggert and Warren K. Sponsler of Sponsler, Johnson & Andrews, P.A., Tampa, for Appellants.

Thomas Warren Sculco and Shannon McLin of Florida Appeals, Orlando, for Appellee.